**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>IAN ELTON FUHR,<br><br>                Defendants. | **Case No.** CR05-391RSM<br><br>Minute Order<br>Re: Settlement Conference |

THIS matter came on for a settlement conference this date with U.S. Magistrate Judge J. K. Arnold pursuant to Minute Order from the Honorable Ricardo S. Martinez. Counsel and defendant met with Judge Arnold this date and reached a tentative settlement regarding all unresolved issues. Because some time is required to implement the agreement the parties agreed as follows:

(1) Judge Arnold will ask that Judge Martinez not reschedule the sentencing date in this matter until Judge Arnold has been advised by all counsel that the settlement agreement has been fully implemented;

(2) to track the matter for purposes of case management Judge Arnold will contact the parties on or before **January 8, 2007** if he has not been earlier advised that the conditions of settlement have been implemented and a sentencing date scheduled.

Entered by Deputy Clerk, */s/Kelly Miller*, this 8th day of December 2006.

ORDER
Page - 1