**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>IAN ELTON FUHR,<br><br>            Defendants. | **Case No.** CR05-391RSM<br><br>Minute Order<br>Re: Settlement Conference |

THIS matter was referred by the Honorable Ricardo S. Martinez to U.S. Magistrate Judge, J. Kelley Arnold, for purposes of a settlement conference following a motion by the defendant to withdraw his plea of guilty.

Judge Arnold met with the parties and counsel on December 8, 2006 and a tentative resolution was reached which Judge Arnold indicated would be confirmed by January 8, 2007. The parties have continued to engage in discussion with Judge Arnold telephonically. The parties and counsel again met with Judge Arnold on February 12 and the parties reached a final resolution which was confirmed by defendant's "Motion to Withdraw Pending Motion to Withdraw Plea of Guilty (Doc#871). Accordingly the matter may be scheduled for sentencing.

Entered by Deputy Clerk, /s/*Kelly Miller*, this 13th day of February 2005.

ORDER
Page - 1